United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-10643-elf
Tatyana Mazik                                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Yvette              Page 1 of 1              Date Rcvd: Jan 31, 2018
                             Form ID: 130              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db            +Tatyana Mazik,    1269 Waller Dr.,   Huntingdon Valley, PA 19006-6021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 2

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter: 13

    Tatyana Mazik

          Debtor(s)          Bankruptcy No: 18−10643−elf

### *O R D E R*

**AND NOW,** this 31st day of January 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1.  This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        Documents and Deadline

        SSN − Form B21 /Tax ID due 2/7/2018.
        Chapter 13 Plan due by 2/14/2018.
        Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
        Form 122C−1 Due 2/14/2018.
        Means Test Calculation Form 122C−2 Due: 2/14/2018.
        Schedules AB−J due 2/14/2018.
        Statement of Financial Affairs due 2/14/2018.
        Summary of Assets and Liabilities Form B106 due 2/14/2018.

2.  Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

2
Form 130