United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tatyana Mazik  
       Debtor  

Case No. 18-10643-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Nov 07, 2018  
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.  
db           +Tatyana Mazik,   1269 Waller Dr.,   Huntingdon Valley, PA 19006-6021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:

          DANA B. OSTROVSKY   on behalf of Plaintiff   Chicago Title Insurance Co. dana.ostrovsky@fnf.com, CELENA.BARNES@FNF.COM  
          DANA B. OSTROVSKY   on behalf of Creditor   Chicago Title Insurance Co. dana.ostrovsky@fnf.com, CELENA.BARNES@FNF.COM  
          DANIEL P. MUDRICK   on behalf of Creditor Irina  Vasilenko dpmudrick@verizon.net, G30229@notify.cincompass.com  
          DANIEL P. MUDRICK   on behalf of Creditor Viktor  Vasilenko dpmudrick@verizon.net, G30229@notify.cincompass.com  
          DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com  
          DAVID A. SCHOLL   on behalf of Debtor Tatyana  Mazik judgescholl@gmail.com  
          DAVID A. SCHOLL   on behalf of Defendant Tatyana  Mazik judgescholl@gmail.com  
          DEAN E. WEISGOLD   on behalf of Creditor   Leisure Lane Condominium Association d/b/a 9926 Condominium Association dean@weisgoldlaw.com,  2rainman@comcast.net  
          JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
          KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com  
          KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                            TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    TATYANA MAZIK,    :    Chapter 13
          :
          Debtor    :    Bky. No.  18-10643 ELF

## O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **November 6, 2018,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before November 20, 2018**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: **November 7, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE