UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tatyana Mazik<br>              Debtor<br><br>Yuriy Mazik<br>              Co-Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Lodge Series III Trust<br>Movant<br>v.<br><br>Tatyana Mazik<br>Yuriy Mazik<br>William C. Miller - Trustee<br>              Respondents | CASE NO.: 18-10643-elf<br><br>CHAPTER 13<br><br>Judge: Eric L. Frank<br><br>Hearing Date:<br><br>Objection Deadline: |

**DECLARATION IN SUPPORT OF MOTION
FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

I, \_\_\_Christopher Siscar\_\_\_, certify the following to be true under penalty of perjury:

1. I am employed as a \_\_\_SVC Acct Manager\_\_\_ for SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Lodge Series III Trust (the "Movant") and am authorized to execute this declaration on behalf of Movant. This declaration is offered in support of the Motion for Relief from the Automatic Stay annexed hereto.

2. In my capacity as \_\_\_SVC Acct Manager\_\_\_, I have access to Movant's business records, including the business records for and relating to the loan of the Debtor, Tatyana Mazik and Co-Debtor Yuriy Mazik, secured by the real property known as 1269 Waller Drive, Huntingdon Valley, PA 19006 (the "Property"). The facts stated in this declaration are based upon information that I have obtained by reviewing records maintained in the ordinary course of business, as part of regularly conducted business activity, by or from information transmitted by

person(s) with knowledge of the events described therein, at or near the time of the event described.

3. According to business records, the Debtor has executed and delivered a Note dated March 27, 2003, in favor of Chase Manhattan Mortgage Corporation (the "Original Lender"), in the original principal amount of $322,700.00. The Note is secured by a Mortgage executed and delivered by the Debtor and Co-Debtor to Original Lender.

4. As of June 12, 2021, the total obligations to Movant less any partial payment and suspense balance is $628,668.26.

5. As of May 13, 2021, the Debtor is post-petition due for May 1, 2019. The post-petition default is broken down as follows:

| Due Date | Missed Payment Amount |
|---|---|
| 05/01/2019-09/01/2020 @ $2,812.25 per month | $47,808.25 |
| 10/01/2020-05/01/2021 @ $2,900.09 per month | $23,200.72 |
| Accrued Late Charges | $549.66 |
| Suspense Balance | ($1,076.50) |
| **TOTAL:** | **$70,482.13** |

**Post-Petition Payment Breakdown**
Principal and Interest………..  $1,832.26
Escrow………………………  $1,067.83
Late Charges………………..  $0.00
Other………………………..  $0.00
TOTAL………………………  $2,900.09

6. The total amount of post-petition arrearage/delinquency is $70,482.13. The next post-petition payment will become due on June 1, 2021 in the amount of $2,900.09.

7. I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed this 14th day of May, 2021

_____
Signature

Christopher B. deaux
Name

JSK Acct Manager
Title