UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Tatyana Mazik<br>                        Debtor<br><br>Yuriy Mazik<br>                        Co-Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Lodge Series III Trust<br>Movant<br>v.<br><br>Tatyana Mazik<br>Yuriy Mazik<br>William C. Miller - Trustee<br>                        Respondents | CASE NO.: 18-10643-elf<br><br>CHAPTER 13<br><br>Judge:  Eric L. Frank<br><br>Hearing Date: June 15, 2021 at 9:30 am |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Application of SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Lodge Series III Trust (together with any successor and/or assign, "Movant") dated May 19, 2021, and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 1269 Waller Drive, Huntingdon Valley, PA 19006; and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Yuriy Mazik pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding

with regard to the Premises; and it is further

      **ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

      **ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J.