UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tatyana Mazik<br>　　　　　　Debtor<br><br>Yuriy Mazik<br>　　　　　　Co-Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Lodge Series III Trust<br>Movant<br>v.<br><br>Tatyana Mazik<br>Yuriy Mazik<br>William C. Miller - Trustee<br>　　　　　　Respondents | CASE NO.: 18-10643-elf<br><br>CHAPTER 13<br><br>Judge:  Eric L. Frank<br><br>Hearing Date: June 15, 2021 at 9:30 am<br><br>Objection Deadline: June 3, 2021 |

## **CERTIFICATE OF SERVICE**

I, Lorraine Gazzara Doyle, Esq., certify that on the date noted hereon, I caused to be served a true copy of the annexed **NOTICE OF MOTION, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND SUPPORTING DOCUMENTS**, by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: May 20, 2021

　　　　　　　　　　　　　　　　　　　By: */s/ Lorraine Gazzara Doyle*
　　　　　　　　　　　　　　　　　　　Lorraine Gazzara Doyle, Esq.
　　　　　　　　　　　　　　　　　　　FRIEDMAN VARTOLO LLP
　　　　　　　　　　　　　　　　　　　Attorneys for Movant
　　　　　　　　　　　　　　　　　　　1325 Franklin Avenue, Suite 230
　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　T: (212) 471-5100
　　　　　　　　　　　　　　　　　　　Bankruptcy@FriedmanVartolo.com

## **SERVICE LIST**

Tatyana Mazik
1269 Waller Dr.
Huntingdon Valley, PA 19006
**Debtor**

Yuriy Mazik
1269 Waller Dr.
Huntingdon Valley, PA 19006
**Co-Debtor**

David A. Scholl, Esquire
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148
**Debtor's Attorney**

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
**Trustee**

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
**U.S. Trustee**