# Exhibit "E"

-----Original Message-----
From: Bideaux, Christopher <CBideaux@snsc.com>
To: 'bmazik@aol.com' <bmazik@aol.com>
Sent: Fri, Jun 26, 2020 11:09 am
Subject: RE: ▇▇▇▇ - Mazik - Mod Docs

A large balance has been forgiven.

We never received a hardship form. Yuriay expressed a hardship, but never provided a hardship form.  We need the mod signed before any review for hardship can be done.  If you can just send the hardship to my email. You haven't been reviewed or approved for a forbearance, therefore the date will remain 4/1/20.

It's underwater due to non-payment and interest/fees accruing.  You still owe the balance regardless of the property value.

The terms are fair.  We're helping you cure (fix) the delinquency.  We're not taking advantage of you.

Again, please sign the docs and return, so we may finish this process.