# Exhibit "I"

| Payment amount due | Date payment was due | Date payment was received | Amount received | How payment was applied (mo./yr.) | Suspense balance |
|---|---|---|---|---|---|
| | | 06/20/2019 | $1,832.29 | suspense | $1,832.29 |
| $2,812.25 | 02/01/2018 | 07/29/2019 | $1,832.26 | 02/01/2018 | $852.30 |
| | | 08/28/2019 | $1,832.26 | suspense | $2,684.56 |
| $2,812.25 | 03/01/2018 | 10/09/2019 | $2,870.43 | 03/01/2018 | $2,742.74 |
| $2,812.25 | 04/01/2018 | 11/02/2019 | $2,870.43 | 04/01/2018 | $2,800.92 |
| $2,812.25 | 05/01/2018 | 12/16/2019 | $2,870.43 | 05/01/2018 | $2,859.10 |
| $2,812.25 | 06/01/2018 | 12/16/2019 | payment from suspense | 06/01/2018 | $46.85 |
| $2,812.25 | 07/01/2018 | 01/13/2020 | $2,870.43 | 07/01/2018 | $105.03 |
| $2,812.25 | 08/01/2018 | 02/18/2020 | $2,870.43 | 08/01/2018 | $163.21 |
| $2,812.25 | 09/01/2018 | 03/03/2020 | $2,870.43 | 09/01/2018 | $221.39 |
| $2,812.25 | 10/01/2018 | 07/02/2020 | $2,870.43 | 10/01/2018 | $279.57 |
| $2,812.25 | 11/01/2018 | 03/03/2021 | $3,000.00 | 11/01/2018 | $467.32 |
| $2,812.25 | 12/01/2018 | 03/08/2021 | $6,000.00 | 12/01/2018 | $3,655.07 |
| $2,812.25 | 01/01/2019 | 03/08/2021 | payment from suspense | 01/01/2019 | $842.82 |
| $2,812.25 | 02/01/2019 | 03/09/2021 | $6,000.00 | 02/01/2019 | $4,030.57 |
| $2,812.25 | 03/01/2019 | 03/09/2021 | payment from suspense | 03/01/2019 | $1,218.32 |
| $2,812.25 | 04/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 05/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 06/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 07/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 08/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 09/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 10/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 11/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 12/01/2019 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 01/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 02/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 03/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 04/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 05/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 06/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 07/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 08/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,812.25 | 09/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 10/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 11/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 12/01/2020 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 01/01/2021 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 02/01/2021 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 03/01/2021 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 04/01/2021 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 05/01/2021 | n/a | $0.00 | n/a | $1,218.32 |
| $2,900.09 | 06/01/2021 | n/a | $0.00 | n/a | $1,218.32 |
| TOTAL: $116,092.81 | | | $40,589.82 | | |