IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Tatyana Mazik<br>          Debtor | Case No. 18-10643-elf |
| | | Chapter: 13 |
| | Yuriy Mazik<br>          Co-Debtor | Judge: Eric L. Frank |
| | SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Lodge Series III Trust<br>Movant<br>v.<br><br>Tatyana Mazik<br>Yuriy Mazik<br>William C. Miller - Trustee<br>          Respondents | Hearing Date: June 22, 2021 at 9:30 am |

**CERTIFICATE OF SERVICE FOR REPLY OF SN SERVICING CORP AS SERVICER FOR US BANK TRUST, N.A., AS TRUSTEE OF THE LODGE SERIES III TRUST TO DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY WITH AFFIRMATIVE DEFENSES**

I certify that I served the above identified Reply to Debtor's Answer to Motion for Relief with Affirmative Defenses  was served on the parties as specified on the attached list on

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  <u>First-Class Mail and Electronic Notification</u>.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: June 3, 2021

By: */s/Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**SERVICE LIST:**

David A. Scholl, Esquire
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148
*Debtor's Attorney*

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
*Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
*U.S. Trustee*

Tatyana Mazik
1269 Waller Dr.
Huntingdon Valley, PA 19006
*Debtor*

Yuriy Mazik
1269 Waller Dr.
Huntingdon Valley, PA 19006
**Co-Debtor**